# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2011

141795

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 141795
COA: 291592
Wayne CC: 08-012499-FC

FRANKLIN EDWARD IVEY,
          Defendant-Appellant.

_____/

      On March 10, 2011, the Court heard oral argument on the application for leave to appeal the July 29, 2010 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2011

Clerk

p0315